# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTTISH AMERICAN GENERAL** | : | **CIVIL ACTION** |
| **INSURANCE AGENCY, INC.** | : | |
| *Plaintiff* | : | **22-2555** |
| | : | |
| **v.** | : | |
| | : | |
| **SERGIO RICCIARDI,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 18th day of February 2025, upon consideration of the parties' cross-motions for summary judgment, (ECF 35 and 39), and the parties' respective responses and supplemental briefs, (ECF 44, 45, 70, and 71), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the cross-motions for summary judgment, (ECF 35 and 39), are **DENIED**.

                  **BY THE COURT:**

                  <u>/s/ *Nitza I. Quiñones Alejandro*</u>
                  **NITZA I. QUIÑONES ALEJANDRO**
                  *Judge, United States District Court*